No. 82–1331. LOUISIANA PUBLIC SERVICE COMMISSION v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 82–1352. NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Motions of Maryland Office of People's Counsel, Washington Utilities and Transportation Commission, Florida Public Service Commission, South Carolina Department of Consumer Affairs, and Utah Public Service Commission for leave to file briefs as amici curiae granted. Motion of Arkansas et al. for leave to file a brief as amici curiae in No. 82–1331 granted. Certiorari denied. JUSTICE BLACKMUN and JUSTICE POWELL took no part in the consideration or decision of these motions and these petitions. Reported below: 224 U. S. App. D. C. 83, 693 F. 2d 198.

No. 82–1571. FIRST ALABAMA BANK OF MONTGOMERY, N.A. v. MARTIN ET AL. Sup. Ct. Ala. Motion of American Bankers Association for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 82–1573. RONWIN v. HOOVER ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 82–1582. CENTRAL MILK PRODUCERS COOPERATIVE v. NATIONAL FARMERS' ORGANIZATION, INC., ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.